UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 08-80013-CIV-MARRA/JOHNSON

GLOBAL PATENT HOLDINGS, LLC,

    Plainitff,

v.

PANTHERS BRHC LLC,

    Defendant.
_____/

## JUDGMENT ON DEFENDANT'S MOTION FOR AN AWARD OF COSTS

This cause is before the Court upon the Report and Recommendation of the Magistrate Judge, filed May 14, 2009 (DE 56). The Court has reviewed the record de novo, considering Defendant's Verified Motion for Award of Attorney's Fees and Costs (DE 46, 47), filed September 12, 2008, the Report and Recommendation of the Magistrate Judge, and the entire file. Noting that no objections have been filed, for the reasons stated in the Report and Recommendation and upon independent review, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (DE 56) is hereby **ADOPTED**;

2. The portion of Defendant's Verified Motion for Award of Attorney's Fees and Costs (DE 46) seeking an award of costs is **GRANTED IN PART** and **DENIED IN PART**[1]; and

3. Defendant is hereby awarded costs in the amount of $218.60, which shall bear post-

---

[1] The Court previously entered an Order granting in part and denying in part Defendant's Motion for Attorney Fees and referred the Motion for Costs to Magistrate Judge Linnea R. Johnson. (DE 53).

judgment interest at the rate of 0.49%, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of June, 2009.

_____
KENNETH A. MARRA
United States District Judge

Copies to:
All counsel of record